| | |
|---|---|
| BETHANN FAULKNER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUCILLE PACKARD SALTER<br>CHILDREN'S HOSPITAL,<br><br>　　　　　Defendants. | Case No. 21-cv-00780-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR: The parties are referred to Judge Kim to complete an Early Settlement Conference by late September or early October 2021.

FURTHER CASE MANAGEMENT: 8/27/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference by: 8/20/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/13/2022.

DESIGNATION OF EXPERTS: 7/1/2022; REBUTTAL: 7/29/2022;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/19/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/13/2022;
　　Opp. Due: 5/27/2022; Reply Due: 6/3/2022;
　　and set for hearing no later than 6/17/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 9/6/2022.
PRETRIAL CONFERENCE DATE: 9/20/2022 at 3:30 PM.

JURY TRIAL DATE: 10/3/2022 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7-10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 7, 2021

SUSAN ILLSTON
United States District Judge