UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANN FAULKNER,<br><br>   Plaintiffs,<br><br>   v.<br><br>LUCILLE PACKARD SALTER CHILDREN'S HOSPITAL,<br><br>   Defendants. | Case No. 21-cv-00780-SI  (SI)<br><br>**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:

FURTHER CASE MANAGEMENT: 8/26/202 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference by: 8/19/2022.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 9/9/2022.

DESIGNATION OF EXPERTS: 10/28/2022; REBUTTAL: 11/23/2022.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/16/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 10/10/2022;
   Opp. Due: 10/24/2022; Reply Due: 10/312022;
   and set for hearing no later than 11/18/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 12/20/2022
PRETRIAL CONFERENCE DATE: 1/17/2023 at 3:30 PM.

JURY TRIAL DATE: 1/30/2023 at 8:30 AM.
   Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7-10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: April 22, 2022

_____
SUSAN ILLSTON
United States District Judge