UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHAN FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUCILE SALTER PACKARD CHILDREN'S HOSPITAL,<br><br>　　　　　Defendant. | Case No. 21-cv-00780-SI<br><br>**JUDGMENT** |

On February 14, 2023, a jury returned a verdict in favor of defendant on plaintiff's claim for wrongful discharge in violation of public policy. Dkt. No. 126. On March 3, 2023, the Court issued a statement of decision, finding in favor of defendant on plaintiff's remaining claim, for violation of California Health and Safety Code section 1278.5. Dkt. No. 133.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 3, 2023

_____
SUSAN ILLSTON
United States District Judge